# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1789.  JEFFREY T. POWELL v. THE STATE.**

In 2009, Jeffrey Powell pled guilty to conspiracy to possess with intent to distribute methamphetamine, and the trial court imposed a 15-year sentence.  The record contains no indication that Powell filed a direct appeal from his judgment of conviction.  In 2019, Powell filed several motions challenging the constitutionality of his sentence.  The trial court denied Powell's motions in an order entered on May 30, 2019, and Powell filed this notice of appeal on March 13, 2020.[1]  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Powell's notice of appeal was untimely filed 288 days after entry of the May 30, 2019 order.

---

[1] Powell's notice of appeal does not identify the trial court order he seeks to appeal.  The May 30, 2019 order was the last trial court order entered in this case before Powell filed his notice of appeal.  After Powell filed his notice of appeal, he filed a "Motion for Statute Clarification," which the trial court denied on April 2, 2020.  We do not construe Powell's notice of appeal as seeking review of the April 2 order because that order disposed of a motion that had not yet been filed when Powell filed his notice of appeal.

Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*   05/11/2020   
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*